of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Motion of petitioner for leave to proceed further herein *in forma pauperis* granted. Motion for leave to file petition for rehearing denied.

No. 03–11092 (03A1065). IN RE HARRIS. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Petition for writ of habeas corpus denied. JUSTICE BREYER would grant the application for stay of execution.

No. 02–1865. 3M CO., FKA MINNESOTA MINING & MANUFACTURING CO. *v.* LEPAGE'S INC. ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–7385. FAULKINGHAM *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 03–1381. CHAVEZ *v.* MARTINEZ. C. A. 9th Cir. Certiorari denied.

No. 03–11042 (03A1057). LENZ *v.* TRUE, WARDEN. Sup. Ct. Va. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.

No. 04–5010 (04A1). HARRIS *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

JULY 1, 2004

No. 04–5049 (04A9). IN RE HICKS. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 04–5040 (04A8). HICKS *v.* SCHOFIELD, WARDEN. Sup. Ct. Ga. Application for stay of execution of sentence of death, pre-